Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

LaSonia Haley

*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.

(1) Broadmoore Gardens property Management

(2) NorthStar Paramedics

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)

Case No.: 2:22cv1427-GMB
(to be filled in by the Clerk's Office)

JURY TRIAL ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

    A.    The Plaintiff
           Name    LaSonia Haley
           Street Address    409 Richard Arrington Jr. Blvd North
           City and County    Birmingham Jefferson
           State and Zip Code    Alabama, 35405
           Telephone Number    205-218-2520

    B.    The Defendant(s)

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 1
  Name: Broadmoore Gardens Property Management
  Job or Title:
  Street Address: 235 James I Harrison Jr Pkwy
  City and County: Tuscaloosa, Tuscaloosa
  State and Zip Code: Alabama 35405

Defendant No. 2
  Name: North Star Paramedic Service
  Job or Title:
  Street Address: 2106 17th Ave.
  City and County: Tuscaloosa, Tuscaloosa
  State and Zip Code: 35401

Defendant No. 3
  Name:
  Job or Title:
  Street Address:
  City and County:
  State and Zip Code:

Defendant No. 4
  Name:
  Job or Title:
  Street Address:
  City and County:
  State and Zip Code:

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 5
  Name
  Job or Title
  Street Address
  City and County
  State and Zip Code

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Constitutional or Federal Question   ☐ USA Defendant   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency _____

Address _____

### B. If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights Violation; No warrant entry into to home with intent to harm; Continued negligence in complaints made; Theft of property; Defamation of character in Civil Rights Violation in reporting tenant as "Paranoid or Crazy" to not proceed in interactions to "correct" or "cause" targeting tenants to leave property

Pro Se General Complaint for a Civil Case (Rev.10/16)

**C.     If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

   Punitive Damage Claim; Emotional Distress Claim; Personal Injury Claim in violations of Civil Rights disregard in Violations Stated for 5 million Dollars in Claim for harm to Physical Health in negligence of Complaints of ventilation concerns in chemical fumes reported coming from Apartment AC Unit.

**III.    Statement of Claim**

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Broadmoore Gardens disregarded my Civil Rights and right of protection from harm in negligence and disregard of complaints made and police reports made in report of threats of harm made, home intrusion and property damage by tenants. Broadmoore Gardens staff referred to me as a "crazy" and "paranoid" tenant allowing escalations in complaints made by allowing entry of Apartment A43 to Northstar Paramedics by Broadmoore Gardens Security guards to "physically restrain Me" and take me to North Harbor Pavillion in unconscious state from a needle injection given by Northstar Paramedics.

IV.   Relief.

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Punitive Damages ; Personal Injury and Emotional Distress in violations of Civil Rights, negligence. Home Intrusion ; disregarding complaints of harmful intent made by tenants. Violation of Civil Rights denial rewarding request to move from Property Unit in recit of Continuance to collect my monthly rant. Negligence in disregard to correct Chemical Fumes coming from A43 unit AC causing Health and breathing issues. 10 million for the damages and violations of Civil Rights Claimed.

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name  Lasonia                Last Name  Haley
Mailing Address  409 Richard Arrington Jr. Blvd North
City and State  Birmingham Alabama          Zip Code  35203
Telephone Number  205-218-2520
E-mail Address  haleylasonia94@gmail.com

Signature of plaintiff  Lasonia Haley
Date signed  11-09-2022


**OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

E-mail type:

☑ HTML – Recommended for most e-mail clients
☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

haleylasonia94@gmail.com

Participant signature: _____

Date: 11-09-2022

Case No 222-CV-1017-SG

CV-2018-196

LaSonico Haley
3405 University Blvd E Lot 37
Tuscaloosa, AL 35404

2019 SEP 24 PM 4: 16

MAGARIA H. BOBO
CIRCUIT COURT
TUSCALOOSA COUNTY AL

Plaintiff Complaint
Judge Brad Almond
July 24, 2019 9:00am
Lasonia Haley vs Broadmoore Gardens leasing

DOCUMENT 29

- **Link to video Evidence recorded on October 18, 2018**
- **https://photos.app.goo.gl/1TwwKuk38V557vjX8**
- **The video shows Broadmoore Gardens security guard staff unlocked the door to my apartment without a warrant allowing entry to my apartment for the police and the permedics**
- **Minutes prior to the people entering my home I called the police out to report another home intrusion and the theft of cash currency that occurred while I was taking a nap on my couch, my bedroom window was unlocked and open when I checked my home after waking up**

I completed a verbal report when the police came to my door sitting home intrusion and theft. The police officer asked me if I knew who was coming into my apartment, I responded no to the question and that no person had a right to come in my home uninvited and commit crimes while I was sleeping. I asked the officer for a case card so that I would have proof to follow up with Broadmoore Gardens leasing management. He would not give me a case card

I told the officer goodnight. After the communication exchange then closed and locked my front door

The police officer began knocking on my door and taunting me to open the door again. I walked back to the front door opened the door to the officer saying something about the permedics was coming for me. I told the officer that I called the police and not the permedics I closed my front door again the officer. Started knocking at my door again taunting and harrassing me

- I was physically rushed and assaulted by the permedics who where pushing and shoving me while I was trying to grab my purse, stepped on my feet to stick me in my right arm with a huge needle
- I was unconscious within 3 to 5 minutes from the shot in my arm, after entering the ambulance
- I woke up at Northport DCH strapped to a hospital bed where I was sent to the Psych unit North Harbor for evaluation/admission
- The paremedics had the word paranoid written all over my intake paperwork
- My underware had been torn down the right side when I went to undress at the North Harbor Psych unit bathroom
- I had money missing from my wallet once it was counted out to me the following morning when I was released
- I was counted out $5000.00 cash from my purse that I brought in, at least $3000.00 cash had been stolen



(3)

2019 SEP 24 PM 4:16

# Plaintiff Complaint

HAGARIA IL 9030
CIRCUIT COURT
TUSCALOOSA COUNTY AL

- I have a written complaint on file in a summons to the court complaint submitted and filed in October 2018 in the Tuscaloosa. Circuit Court

- I am seeking a lawsuit for payment in monetary form for damages in emotional distress, deformation of character, harrassment, loss of home( apartment dwelling), negligence, and also misconduct and invasion of civil rights in acts from Broadmoore Gardens leasing Staff and Broadmoore Gardens tenants and guests on the apartment complex property.

- I have reported several factual complaints of verbal threats, harrassment, deliberate nuiances in noises of disturbance to my home dwelling, threats of physical harm, home intrusions, theft of personal property, theft of personal cash currency from home dwelling, to the local police to Broadmoore Gardens leasing and also to Broadmoore Gardens corporate office

- I was nearly physically attacted on 4 to 5 separate occasions by one of the tenants and there guests in the apartment dwelling that I had been reporting to the leasing office and to the police, during one of the attack attempts the tenant came to my door banging at the door making threats and the tenant was intoxicated, I had called the police out to make a report of loud banging noises that I was forced to listen to from room to room, harrassing comments at me on the prior day or earlier in the day

- I made reports of my electronic devices2 personal laptops 2 printers and 2 smart phones being hacked from my internet cable connection and also I had several failed connectivity of my devices within my apartment because of the hacks

- I asked Broadmoore Gardens leasing management on 3 separate occassions if I could be moved to another apartment location with in the Broadmoore Gardens apartment complex property for fear of my safety, for seemingly being targeted at random by tenants and guests of tenants living in the area of my apartment

- Broadmoore Gardens never followed up or honored my request to move from the apartment unit that I lived in

- I paid a monthly rental rate starting at $545.00 plus a $50.00 late fee my first rental year , escalating to a rental fee Of $588.00 plus a $75.00 late fee in 2017 to a final rental payment change of $595.00 per month and a $75.00 late fee in lease renawal for year 2018. I paid these monthly rental rates plus the late fees every month without fail, for March 2016 until. December  2019

- I went to court on February 19, 2019 for eviction processing/ collection of late renatal payments

- I was evicted from my apartment for failure to pay rent for the months January, Febuary and March 2019and I moved out on March 07, apartment

- I was forced to move into the local Salvation Army Shelter on my move out day, I had no where else to go

- I failed to pay my January and Febuary 2019 rental payment because of loss of income from my personal cash savings which was stolen from my purse in my apartment home on several occassions. I added up a total loss in cash currency theft to the total of at least $6000.00 cash which came from my employment income retirement distribution check that I cashed in July 2018 and also cash was stolen from my online college school funding.

- Broadmoore Gardens leasing has not contacted me concerning a move in deposit of over $500.00 that I paid and have on file. My total charges in damages and repair to my apartment A43 was less than $300.00. The balance was sent to my email address.



Sonia Haley

DOCUMENT 29