# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LASONIA HALEY,**            ] | |
|     ] | |
|     **Plaintiff,**            ] | |
|     ] | |
| **v.**                        ] | **Case No. 2:22-cv-01427-ACA** |
|     ] | |
| **BROADMOORE GARDENS,**       ] | |
| **PROPERTY MANAGEMENT, et al.,** ] | |
|     ] | |
|     **Defendants.**           ] | |

## **FINAL ORDER**

Pro se Plaintiff LaSonia Haley filed this suit against Defendant Broadmoore Gardens Property Management and Defendant North Star Paramedic Service. (Doc. 1). Ms. Haley also filed a motion for leave to proceed *in forma pauperis*. (Doc. 2). The magistrate judge previously assigned to this case denied Ms. Haley's motion for leave to proceed *in forma pauperis* and proceeded to screen her complaint under 28 U.S.C. § 1915(e)(2)(B). (Doc. 3). The magistrate judge found that Ms. Haley's complaint did not adequately allege that this court has jurisdiction to hear her case. (*Id.* at 6–8). The magistrate judge ordered Ms. Haley to file an amended complaint within the next three weeks that cures the deficiencies in her complaint and warned that if she failed to comply, her claims could be dismissed without further notice. (*Id.* at 9).

The deadline for Ms. Haley to file an amended complaint has passed without a response. Accordingly, the court finds that Ms. Haley has failed to prosecute this case, warranting dismissal without prejudice under Federal Rule of Civil Procedure 41(b).

For this reason, the court **DISMISSES** this action **WITHOUT PREJUDICE**. The court **DIRECTS** the Clerk to close this case.

**DONE** and **ORDERED** this January 19, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE